**2016–1153.   State ex rel. GateHouse Media Ohio Holdings II, Inc. v. Pike Cty. Coroner's Office.**
In Mandamus. On motion to submit documents for in camera inspection. Motion granted in part and denied in part. Respondent shall file the unredacted autopsy reports under seal within 14 days. No additional materials shall be submitted.

O'Connor, C.J., and O'Donnell, J., would grant the motion in full and permit respondent to file both the unredacted reports as well as additional material explaining the reasons for the proposed redaction.

French and DeWine, JJ., not participating.

**2016–1713.   Beavercreek Towne Station, L.L.C. v. Greene Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2015–1488, 2015–1496, and 2015–1544. On appellee's motion to dismiss and motion to strike portions of memorandum in response to motion to dismiss. Motions denied.

O'Donnell, J., dissents and would grant the motion to dismiss and would dismiss the cause.

**2017–0120.   State v. James.**
Seneca App. No. 13–16–17, 2016-Ohio-7825. On motion for leave to file delayed appeal. Motion denied.

O'Neill, J., dissents.

**2017–0131.   State v. Pippen.**
Scioto App. No. 16CA3727, 2016-Ohio-7105. On motion for leave to file delayed appeal. Motion denied.

O'Neill, J., dissents.

**2017–0132.   State v. McGee.**
Hamilton App. No. C–150496, 2016-Ohio-7510. On motion for leave to file delayed appeal. Motion fails for want of four votes.

Kennedy and O'Neill, JJ., dissent.

Fischer and DeWine, JJ., not participating.

**2017–0139.   State v. Fant.**
Mahoning App. No. 14 MA 0067, 2016-Ohio-7429. On motion for leave to file delayed appeal. Motion denied.

French, O'Neill, and Fischer, JJ., dissent.

**2017–0152.   State v. Mann.**
Ottawa App. No. OT-16–027. On motion for leave to file delayed appeal. Motion denied.

O'Neill, J., dissents.

**2017–0157.   State v. Newman.**
Muskingum App. No. CT2016–0002, 2016-Ohio-7498. On review of an order certifying a conflict. It is determined that no conflict exists within the meaning of S.Ct.Prac.R. 8.02. Cause dismissed.

O'Neill, J., dissents.

**2017–0162.   State v. Rusnak.**
Jefferson App. No. 15 JE 0002, 2016-Ohio-7820. On motion for leave to file delayed appeal. Motion denied.

O'Neill, J., dissents.

**2017–0196.   State v. Elam.**
Cuyahoga App. No. 103122, 2016-Ohio-5619. On motion for leave to file delayed appeal. Motion denied.

**2017–0198.   State v. Murphy.**
Cuyahoga App. No. 102284. On motion for leave to file delayed appeal. Motion denied.

**2017–0216.   State v. Burnett.**
Stark App. No. 2016CA00007, 2016-Ohio-7502. On motion for leave to file delayed appeal. Motion denied.